## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

CHARLES DOTSON,

  Plaintiff,

v.                                     CASE NO.:  2:19-CV-02274-SHM-TMP

ALLY FINANCIAL, INC.,

  Defendant.

_____/

### NOTICE OF SETTLEMENT PENDING

Plaintiff, CHARLES DOTSON, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Ethan G. Ostroff, Esquire, and Carter R. Nichols, Esquire, 222 Central Park Avenue, Suite 2000, Virginia Beach, Virginia 23462 (ethan.ostroff@troutman.com; carter.nichols@troutman.com). via the Court's CM/ECF on this 27th day of January, 2020.

*/s/ Frank H. Kerney, III*
Frank H. Kerney, III, Esquire
Florida Bar No.: 88672
Morgan & Morgan Tampa, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4797
Primary Email: FKerney@ForThePeople.com
Secondary Email: MJones@ForThePeople.com
*Attorney for Plaintiff*