# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

CHARLES DOTSON,

    Plaintiff,

v.                                        CASE NO.: 2:19-CV-02274

ALLY FINANCIAL INC.,,

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, ALLY FINANCIAL INC.,

COMES NOW the Plaintiff, CHARLES DOTSON, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal with Prejudice, as to Defendant, ALLY FINANCIAL INC., of the above captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Ethan G. Ostroff, Esquire, and Carter R. Nichols, Esquire, 222 Central Park Avenue, Suite 2000, Virginia Beach, Virginia 23462 (ethan.ostroff@troutman.com; carter.nichols@troutman.com). via the Court's CM/ECF on this 13th day of February, 2020.

                                        */s/ Frank H. Kerney, III*
                                        Frank H. Kerney, III, Esquire
                                        Florida Bar No.: 88672
                                        Morgan & Morgan Tampa, P.A.
                                        201 N. Franklin Street, Suite 700
                                        Tampa, Florida 33602
                                        Telephone: (813) 223-5505
                                        Facsimile: (813) 222-4797
                                        Primary Email: FKerney@ForThePeople.com
                                        Secondary Email: MJones@ForThePeople.com
                                        *Attorney for Plaintiff*