# UNITED STATES DISTRICTCOURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DISTRICT

**CHARLES DOTSON,**

    Plaintiff,

v.                                    Civil Action:  2:19-cv-2274-SHM-jay

**ALLY FINANCIAL, INC.,**

    Defendant.

## ORDER OF DISMISSAL

    Before the Court is the parties' February 20, 2020 voluntary dismissal with prejudice (D.E. 25).  For good cause show, this action is DISMISSED with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).  Each party shall bear its own costs and attorneys' fees.

    IT IS SO ORDERED, this 20th day of February, 2020.

                                                      */s/ Samuel H. Mays, Jr.*
                                                      SAMUEL H. MAYS, JR.
                                                      UNITED STATES DISTRICT JUDGE