```
            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

**CHARLES DOTSON,**

    **Plaintiff,**

v.                    Civil Action:  2:19-cv-2274-SHM-jay


**ALLY FINANCIAL, INC.,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. 26), docketed February 20, 2020.


# APPROVED:

*/s/ Samuel H. Mays, Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

 February 20, 2020_____          THOMAS M. GOULD_____
DATE                                       CLERK

                                            _s/  Jairo Mendez_____
                                           (By) DEPUTY CLERK